```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

XIAO QIN ZHOU,                          :

    Petitioner,                        :

v.                                      :
                                          CIVIL ACTION 08-0281-KD-M

MICHAEL B. MUKASEY,                     :
MICHAEL CHERTOFF,
WARDEN DAVID O. STREIFF,                :

    Respondents.                       :

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be DENIED as MOOT and that this action be DISMISSED.

DONE this 6<u>th</u> day of August, 2008.

                              <u>/s/ Kristi K. DuBose</u>
                              **KRISTI K. DuBOSE**
                              **UNITED STATES DISTRICT JUDGE**