IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| XIAO QIN ZHOU, | : |
| Petitioner, | : |
| v. | : |
| | CIVIL ACTION 08-0281-KD-M |
| MICHAEL B. MUKASEY, | : |
| MICHAEL CHERTOFF, | |
| WARDEN DAVID O. STREIFF, | : |
| Respondents. | : |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondents Michael B. Mukasey, Michael Chertoff, and Warden David O. Streiff and against Petitioner Xiao Qin Zhou.

DONE this 6th day of August, 2008.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**